UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST MOLDING, INC., PAUL NEUSTEIN, YUVAL SHENKAL, ) ) ) Plaintiff, ) v. ) ) AM CONSERVATION GROUP, INC., ) ) Defendants. ) ) | Case No. 08cv1758 JM(WMc) ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL [Docket No. 7] |

Plaintiffs COAST MOLDING, INC., PAUL NEUSTEIN and YUVAL SHENKAL, and Defendant AM CONSERVATION PRODUCTS, INC. have reached an agreement that resolves all issues between them as relates to the matters asserted in this lawsuit.

IT IS THEREFORE ORDERED that the claims by Plaintiffs against Defendant AM CONSERVATION LLC, and the counterclaims of AM CONSERVATION PRODUCTS, INC. that could have been brought in this action are each DISMISSED with prejudice to the re-filing of same.

Plaintiff has not released, and nothing in this Order shall be construed as a release or discharge of any claim Plaintiffs may have in the future against AM CONSERVATION PRODUCTS, INC. for any

///

1 ///

2 product made, sold, offered for sale or used by AM CONSERVATION PRODUCTS, INC. after

3 December 24, 2008.

4     Each party shall bear its own costs and attorneys' fees.

5     IT IS SO ORDERED.

6 DATED: February 2, 2009

7

8 Hon. Jeffrey T. Miller
United States District Judge